DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MAURICE J. JACKSON,**
Appellant,

v.

**RON DESANTIS,** et al.,
Appellees.

No. 4D2025-0046

[November 13, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE24003385.

Maurice J. Jackson, Daytona Beach, pro se.

No appearance for appellees.

PER CURIAM.

*Affirmed.*

MAY, GERBER and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***